UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMEEL COLLINS,<br><br>    Defendant. | Case No. 16-cr-00244-SI-1<br><br>**ORDER RE: MOTION TO COMPEL**<br><br>Re: Dkt. No. 40 |

On April 28, 2017, defendant Jameel Collins filed a motion to compel the Menlo Park Police Department ("MPPD") to produce additional body camera video associated with Mr. Collins' arrest. Dkt. No. 40. The government opposed the motion two weeks later. Dkt. No. 42. This matter is set for hearing on June 9, 2017.

In support of its opposition, the government submits three declarations: (i) from Sergeant Eric Cowans with the MPPD, who participated in Mr. Collins' arrest, Dkt. No. 42-1; (ii) from Claudio Ruiz, the MPPD Property Officer, Dkt. No. 42-2; and (iii) from Sergeant Aaron Dixon with the MPPD, Dkt. No. 42-3. The Court notes that not one of these declarations was made under penalty of perjury. **Unless the government submits revised declarations made under penalty of perjury within 7 days of the date of this order**, the Court will not consider the officers' declarations in deciding this matter.

**IT IS SO ORDERED**.

Dated: May 24, 2017

                             _____
                             SUSAN ILLSTON
                             United States District Judge