UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>JAMEEL COLLINS,<br><br>            Defendant. | Case No. 16-cr-00244-SI-1<br><br>**ORDER RE: MOTION TO COMPEL**<br><br>Re: Dkt. Nos. 40, 49 |

On April 28, 2017, defendant Jameel Collins filed a motion to compel the Menlo Park Police Department ("MPPD") to produce additional body camera video associated with Mr. Collins' arrest. Dkt. No. 40. The government opposed the motion two weeks later. Dkt. No. 42. Defendant replied on May 26, 2017. Dkt. No. 47. This matter is set for hearing on June 9, 2017.

On May 24, 2017, the Court ordered the government to refile sworn declarations from Sergeant Eric Cowans, Officer Claudio Ruiz, and Sergeant Aaron Dixon, as the original declarations submitted in support of the government's opposition were not made under penalty of perjury. Dkt. No. 46. The government submitted sworn amended declarations from two of the three officers. Dkt. No. 49. The declaration of Sergeant Eric Cowans, however, was not corrected. *See* Dkt. No. 49-1. This is the same Sergeant Cowans that defendant argues is developing a reputation for conducting police work with his body camera switched off (or "cold" as Sergeant Cowans might say). *See* Reply (Dkt. No. 47) at 4-6. The Court will assume this unsworn submission was a mistake. **The government is hereby ORDERED to refile Sergeant Cowans' declaration, made under penalty of perjury, on or before June 2, 2017**.

**IT IS SO ORDERED**.

Dated: June 1, 2017

                                                                   */s/ Susan Illston*

                                                                   SUSAN ILLSTON
                                                                   United States District Judge