UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMEEL COLLINS, SR.,<br><br>      Defendant. | Case No. 16-cr-00244-SI-1<br><br>**VERDICT FORM** |

We, the jury in this case, find as follows:

### **COUNT ONE**

1. Has the government proven the defendant, JAMEEL COLLINS, SR., guilty beyond a reasonable doubt of possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1), as charged in Count One?

NO, NOT GUILTY              YES, GUILTY
_____              _____

### **COUNT TWO**

2. Has the government proven the defendant, JAMEEL COLLINS, SR., guilty beyond a reasonable doubt of possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count Two?

NO, NOT GUILTY              YES, GUILTY
_____              _____

## COUNT THREE

3. Has the government proven the defendant, JAMEEL COLLINS, SR., guilty beyond a reasonable doubt of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as charged in Count Three?

NO, NOT GUILTY          YES, GUILTY
_____          _____

4. Please answer the following question only if you have found the defendant, JAMEEL COLLINS, SR., guilty in Question 3 above.

Has the government proven beyond a reasonable doubt that the defendant possessed with intent to distribute 5 grams or more of actual methamphetamine?

NO                              YES
_____          _____

## COUNT FOUR

5. Has the government proven the defendant, JAMEEL COLLINS, SR., guilty beyond a reasonable doubt of possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), as charged in Count Four?

NO, NOT GUILTY          YES, GUILTY
_____          _____

## COUNT FIVE

6. Has the government proven the defendant, JAMEEL COLLINS, SR., guilty beyond a reasonable doubt of possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g)(1), as charged in Count Five?

NO, NOT GUILTY          YES, GUILTY
_____          _____

7. Has the government proven the defendant, JAMEEL COLLINS, SR., guilty beyond a reasonable doubt of possession of ammunition by a felon, in violation of 18 U.S.C. § 922(g)(1) as charged in Count Five?

NO, NOT GUILTY          YES, GUILTY
_____          _____

## COUNT SIX

8. Has the government proven the defendant, JAMEEL COLLINS, SR., guilty beyond a reasonable doubt of carrying a firearm during and in relation to, or possessing a firearm in furtherance of, a drug trafficking crime, in violation of 18 U.S.C. § 924(c), as charged in Count Six?

NO, NOT GUILTY                    YES, GUILTY

_____                    _____

Dated:

_____

FOREPERSON