UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>           Plaintiff,<br><br>   v.<br><br>COLLINS,<br><br>           Defendant. | Case No. 16-cr-00244-SI-1<br><br>**ORDER DENYING DEFENDANT'S MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. No. 226 |

On August 16, 2021, defendant Jameel Collins filed a motion requesting the Court appoint counsel to assist defendant with filing writ of certiorari with the United States Supreme Court. Dkt. No. 226. On August 26, 2021, Scott Sugarman filed a status report informing the Court that Mr. Sugarman is defendant's appointed counsel. Dkt. No. 227.

Accordingly, defendant's motion to appoint counsel is DENIED.

**IT IS SO ORDERED**.

Dated: September 1, 2021

_Susan Illston_

SUSAN ILLSTON
United States District Judge