UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br>         Plaintiff, <br>    v. <br> COLLINS, <br>         Defendant. | Case No. 16-cr-00244-SI-1 <br><br> **ORDER ON CASE STATUS** <br> Re: Dkt. No. 234 |

Defendant Jameel Collins filed a motion under 28 U.S.C. Section 2255 on December 6, 2021. Dkt. No. 229. The government filed its opposition on April 6, 2022. Dkt. No. 232. On May 6, 2022, the Court ordered a CJA appointment of counsel for defendant for the 2255 matter. Dkt. No. 233.

On May 9, 2022, defendant filed a *pro se* motion requesting a status update on whether the United States has submitted an opposition to defendant's motion to vacate. Dkt. No. 234. The Court directs defendant's newly appointed counsel to promptly inform defendant of the CJA appointment and the government's opposition. The Court further directs defendant's counsel, after having conferred with defendant, to inform the Court in writing, no later than June 3, 2022, whether defendant intends to seek an amended briefing schedule.

**IT IS SO ORDERED**.

Dated: May 17, 2022

SUSAN ILLSTON
United States District Judge