UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>        Plaintiff,<br>   v.<br>COLLINS,<br>        Defendant. | Case No. 16-cr-00244-SI-1<br><br>**JUDGMENT** |

The Court has denied defendant Jameel Collins's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 17, 2023

_____
SUSAN ILLSTON
United States District Judge